**Exhibit A to the Complaint**

**Location:** Rochester, NY  
**Total Works Infringed:** 71  
**IP Address:** 98.10.204.75  
**ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | Tushy | 11/08/2018 03:52:29 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 2 | 0138F58F6C0946CE98151687A3D7B54978078D9A | Tushy | 07/10/2018 03:59:41 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 3 | 0602FDD540FB24EC5051F5DD3E8AF305F3AFEA6A | Vixen | 07/02/2017 03:46:18 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 4 | 0ED1618079E29D4BB708465328D67B227B1AA795 | Vixen | 06/13/2018 03:32:11 | 03/10/2018 | 04/17/2018 | PA0002116743 |
| 5 | 13E8EEFEE6BEB6F7F9D98C4DF12FB08345043301 | Vixen | 09/16/2018 03:32:48 | 09/14/2018 | 11/01/2018 | PA0002143437 |
| 6 | 14CDAF2BCE5F84F54931A794E9A4A6A57B8B0808 | Tushy | 07/21/2017 02:58:04 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 7 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/06/2017 03:50:34 | 11/05/2017 | 11/30/2017 | PA0002098007 |
| 8 | 1D4F8BC60FF91E4A8991397E26BFAA8545914E58 | Vixen | 11/16/2018 03:58:15 | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 9 | 2030E0014E0FEE7ECF3FA3DCB3507C31897FDDCD | Vixen | 06/09/2017 03:11:28 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 10 | 2AB0750081088BB1557DE1AE4FD0FBFCD159DC7D | Tushy | 08/10/2018 03:09:29 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 11 | 2C78D52338C6F9590B07235B4399511558B7573F | Tushy | 10/19/2018 03:40:42 | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 12 | 3237B66E5E5FB408BD729F97F2EEFC14A86E98C6 | Tushy | 06/27/2018 03:26:01 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 13 | 324152DCE1D0BB93BAC941FE89FF802EB2D07D9A | Vixen | 07/30/2018 03:34:12 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 14 | 36459EE2AEDDA643822AB969AA0465A168E6C61B | Tushy | 05/18/2018 02:56:42 | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 15 | 38C7E5746A3FDD697968C49275B81836A9454790 | Vixen | 10/09/2018 03:41:07 | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 16 | 41577E4102ED339277357B7EF3E97C1347487EE2 | Vixen | 09/08/2018 03:40:17 | 09/06/2018 | 11/01/2018 | PA0002143433 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
| --- | --- | --- | --- | --- | --- | --- |
| 17 | 4670633ADBE404CD5948F639823F136AE17DA50E | Vixen | 10/03/2017 03:31:34 | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 18 | 488F0ED7BC29881B6106C2650434E5D291488A23 | Vixen | 08/14/2018 02:59:25 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 19 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | Vixen | 03/26/2018 02:57:10 | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 20 | 4FD530AFCD695ED8E130447A426E45259006C41E | Tushy | 10/30/2017 02:56:42 | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 21 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 10/11/2017 03:16:21 | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 22 | 533168E0419B15C195971D1D0E4C1AB1785FE3BA | Vixen | 08/16/2018 03:14:06 | 01/14/2018 | 01/22/2018 | PA0002101751 |
| 23 | 5E5648DEC0EEE26A85C27C8802B349ABDC47C17E | Tushy | 11/29/2017 04:25:59 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 24 | 60FEB3E4F343965C4C847A6F071D77F52C61BB52 | Tushy | 09/24/2018 12:15:46 | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 25 | 66067D1F3C5DFD05C1FB8A333E49EEB34E24FF88 | Tushy | 11/15/2017 04:03:29 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 26 | 6739A9370F07E88D3ED50D0232EFB3C2EFE6ECC4 | Vixen | 07/06/2018 03:48:56 | 01/09/2018 | 01/15/2018 | PA0002070945 |
| 27 | 6A06C1EEFFB2743219C56954297DE349D9DCF511 | Vixen | 12/16/2017 04:07:26 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 28 | 6B9175E9708A1BE765BBDC6582A68A12E44A33E3 | Vixen | 07/14/2017 02:58:48 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 29 | 6EDE67B16B5977EF6EB35A8344426E13BCFA366C | Vixen | 03/02/2018 04:47:55 | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 30 | 755B2FD63DC787C4B07EC1D3461F59E10EC33404 | Vixen | 04/22/2018 03:45:29 | 04/19/2018 | 06/19/2018 | PA0002126656 |
| 31 | 7775E9A17CD455FD5AAF43EC42BC5C733E970CC7 | Vixen | 07/20/2017 03:26:09 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 32 | 799D67D43209C8B363A54EDBD13FAEB0A7C5929C | Vixen | 10/13/2017 03:04:14 | 10/11/2017 | 10/19/2017 | PA0002090452 |
| 33 | 7AB5741327E6B68FDCA4E693E5515B3E90C88798 | Vixen | 05/05/2017 02:37:55 | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 34 | 7CF06204221C7305C3DCE975F02E7A9FD678CAFB | Vixen | 12/31/2017 04:07:00 | 12/30/2017 | 01/15/2018 | PA0002070944 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 7D60A817AEA773BA1EA6BCDAA8EADAB470D7FDC9 | Tushy | 12/04/2018 04:11:43 | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 36 | 7DD62410DF5A7E64512BC84DB67D6492B4F66AB0 | Vixen | 09/11/2017 03:47:58 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 37 | 7E8787F7730F405537E887CAAA05C1B57F1D3711 | Vixen | 05/30/2018 03:22:37 | 02/03/2018 | 02/20/2018 | PA0002104152 |
| 38 | 8CFDB02221651C364F6C9ED5B81AE5E08FA06FA1 | Vixen | 06/11/2018 04:39:12 | 06/08/2018 | 07/14/2018 | PA0002128445 |
| 39 | 99B72BB53FD0577AABEEF2BF2BC561C497998D6B | Vixen | 12/01/2018 04:30:40 | 11/30/2018 | 12/18/2018 | PA0002141918 |
| 40 | A460BDA775DEF88F7E956E928A7FFEBFB1EB504A | Tushy | 09/20/2017 02:48:37 | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 41 | A9F17E64CFA0D685EACE150FC182B35A7C06AFB8 | Tushy | 10/20/2017 03:11:39 | 10/18/2017 | 11/30/2017 | PA0002098004 |
| 42 | AA8D460E96DC5798F46AE7B213A1BE4BF6AD2918 | Vixen | 12/01/2017 04:23:57 | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 43 | AB13F0BC37C3CA93B21161F4223732AC746FB442 | Tushy | 10/05/2017 03:32:34 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 44 | B05FFC8BE97A556F9C3FDDB6890633EFE1D15660 | Tushy | 07/26/2017 03:05:06 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 45 | B2F1BFF0ABF8377051DA49DB02B26390000F08B1 | Tushy | 11/25/2018 04:39:12 | 11/21/2018 | 12/31/2018 | 17271449573 |
| 46 | B2FE306BB821E7994385A2401557B9866A307314 | Vixen | 06/05/2018 03:20:11 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 47 | B78AB6CCC9DD4B70558754E802F6BAC4B2E097F0 | Tushy | 10/26/2018 03:35:22 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 48 | B79CEFDB4A15AB038F0CBCA46B8F01FF18EDF8EF | Vixen | 07/20/2018 03:58:44 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 49 | B7BCBF2FCDD44A8BDB3A063EB66E0773C0B07526 | Tushy | 12/08/2018 04:31:58 | 12/07/2018 | 12/31/2018 | 17271449663 |
| 50 | B81841BBB566443B522C073D85BB105CB7F26FFA | Vixen | 09/05/2017 03:54:43 | 09/01/2017 | 09/15/2017 | PA0002052845 |
| 51 | B9733BF28BF0800EF791CFBFBF5D5694349036C9 | Tushy | 10/20/2017 03:29:56 | 04/16/2017 | 06/15/2017 | PA0002037570 |
| 52 | BBD2B722C4B062E23A1882B4F86ECE880306FF52 | Tushy | 07/02/2017 03:33:52 | 06/30/2017 | 07/07/2017 | PA0002070818 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | BEF59CDC057546CACCE36DF6C19E5D225BE14639 | Vixen | 08/20/2017 03:03:25 | 08/17/2017 | 10/10/2017 | PA0002086150 |
| 54 | CE189DD0C175399C60533ADD6FEAF1742ACFD1A3 | Vixen | 08/30/2018 03:28:22 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 55 | CF207A9432ED73CB261B22E2D8667C84E0219600 | Vixen | 05/02/2018 03:45:38 | 10/26/2017 | 12/04/2017 | PA0002098029 |
| 56 | CFD0C2D3763106A496D8DAA4651BD705F0607C03 | Vixen | 02/09/2018 04:11:54 | 02/08/2018 | 03/01/2018 | PA0002079183 |
| 57 | D24DBA89028215727F4A244E548B4CDC542C56E2 | Tushy | 10/16/2018 03:33:53 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 58 | D58E04E62B7D4982AB6C89E31384E0C250EF70D1 | Vixen | 08/13/2017 02:37:44 | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 59 | D7FF2A6B26A8EB9B131FD59C812EAEAE049D7C8C | Vixen | 04/06/2018 03:40:20 | 04/04/2018 | 04/17/2018 | PA0002116740 |
| 60 | DF85FEFEFF309B8038D5B625889A4E087D6E1A21 | Tushy | 11/13/2017 04:27:55 | 11/12/2017 | 11/30/2017 | PA0002098037 |
| 61 | DF978B5236C468C5F8745141EE8AF5EE9B17E4B6 | Vixen | 08/08/2018 03:02:27 | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 62 | E236E5A089D641E001F1ACA4F01EBB279800497C | Vixen | 09/05/2017 03:26:40 | 08/27/2017 | 09/15/2017 | PA0002052843 |
| 63 | E594CCFA020A26AFC7C7138A58759BC81230676D | Vixen | 08/09/2017 03:30:37 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 64 | E8BDFF5CA838DAA43500EEC2C92A93FED05F9EBA | Vixen | 09/18/2017 03:21:01 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 65 | EAAC93309F7CD7334A698050CCB612153083ECC8 | Vixen | 10/09/2017 03:42:39 | 09/06/2017 | 09/15/2017 | PA0002052844 |
| 66 | EC6DF567D65B68DF673A547068F6C01852AC666F | Tushy | 08/06/2018 03:49:01 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 67 | F4A9F0567219CB991D41B5AD34DCA1CB04591497 | Tushy | 09/25/2017 03:09:37 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 68 | F5E993D38E8DFCDF0FC0D3BF6CB3B477E30BD1A8 | Tushy | 08/11/2017 03:41:34 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 69 | FBB1E3387B5D032B30B9137E05F516E696DC5CC5 | Vixen | 11/13/2018 04:17:18 | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 70 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 09/22/2017 03:00:16 | 09/21/2017 | 10/10/2017 | PA0002086168 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | FF7A5EE06C927438A3CAABC69D774D9CEACA8B9F | Tushy | 07/16/2017 02:24:18 | 07/15/2017 | 08/11/2017 | PA0002075050 |