UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC,              :
:                Case No. 6:19-cv-06073-EAW
                Plaintiff,            :
:
vs.                                  :
:
JOHN DOE subscriber assigned IP address :
98.10.204.75,                        :
:
                Defendant.            :
-------------------------------------------------------X

**PLAINTIFF'S NOTICE OF SETTLEMENT AND
<u>VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE</u>**

PLEASE TAKE NOTICE, Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 98.10.204.75 ("Defendant"), through Defendant's council, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 12, 2019

**SO ORDERED**

*[signature]*

**ELIZABETH A. WOLFORD
United States District Judge
Dated: June 12, 2019**

Respectfully submitted,

By:  /s/ Jacqueline M. James
Jacqueline M. James, Esq. (#1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423 F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com
*Attorneys for Plaintiff*

1